(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

RECEIVED
DEC 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_JAMES OTIS KELLEY_
_GENERAL DELIVERY, WILMINGTON, DE: 19899_
(Name of Plaintiff or Plaintiffs)

CIVIL ACTION NO. _____

05  865

_Public Storage - Newcastle, Delaware_
_DuPont Parkway - 3801 DuPont_
_Parkway - District Manager_
_Director   of  al. Delaware_
(Name of Defendant or Defendants)

USBC-D DEL
02-12152 RB
BRAC Group
a/k/a Budget Group Inc
ADVERSARY
04-54536

## COMPLAINT

1.  This action is brought pursuant to _Title 2 USC    Uniform Commercial_
_Title 16 USC    Codes_
(Federal statute on which action is based)
for discrimination related to _violations of process UCC codes  USC 42_
_of distribution, Easement_ jurisdiction exists by virtue of
_Emergency_ (In what area did discrimination occur? e.g. race, sex, religion)
_Judical code 46, Injunction Replevin etc_
(Federal statute on which jurisdiction is based)

2.  Plaintiff resides at _3801 DuPont Parkway_
(Street Address)                _And (General Delivery_
_New Castle County   Delaware 19720  Wilmington, DE 19899_
(City)        (County)       (State)      (Zip Code) _And P.O. Box 656_
_302-654-9892_                          _Southampton, NY 11869_
(Area Code) (Phone Number)

3.  Defendant resides at, or its business is located at _3801 DuPont Parkway_
(Street Address)
_New Castle County, DE 19720_
(City)        (County)       (State)      (Zip Code)

4.  The alleged discriminatory acts occurred on _14_ , _12_ , _05_
(Day)        (Month)      (Year)

5.  The alleged discriminatory practice ☒ is   ☐ is not continuing.

6.     Plaintiff(s) filed charges with the ___U.S. ATTY GENERAL, IRS. TAX COURT___
                                         ___WASH, DC___
                                         (Agency)                ___USBCDEL Judge BAXTER___
___U.S ATTY BROOKLYN, NEW YORK___        Judge PETERSEN
(Street Address)    (City)    (County)    (State) (Zip)    ON EMERGENCY

regarding defendant(s) alleged discriminatory conduct on: ___OCT 5, 2005___
                                                          (Date)

7.     Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8.     Was an appeal taken from the agency's decision?  Yes ☒  No ☐  AUG 3 2004
       If yes, to whom was the appeal taken? ___ENJOINED    GRANTED___ ___2ND CIRCUIT U.S. COURT OF APPEALS___

9.     The discriminatory acts alleged in this suit concern:  (Describe facts on additional sheets if
       necessary) ON OCT 4 The PLAINTIFF ARRIVED IN WILMINGTON,
DE TO RETURN THE REQUEST FROM THE TRUSTEES
U.S ATTY TO GET TO WILMINGTON, DE AND REPRESENT
his ACTIONS IN AN ENJOINED U.S. BANKRUPTCY CASE
WiThiN THE DISTRICT OF DELAWARE. ON OCT 5 2005
Someone CUT THREE PERSONAL LOCKS AT The UNIT
AND The STATE POLICE WAS CALLED AND TOOK THE
REPORT AFTER PLTF FILED PAPERS WITH THE US BANKpt
Judge's ON AN "INTERIM ORER" DAILY FOR AN
EASEMENT APPERTENANT AGAINST Public STORAGE
LAND'S BLDG etc That WAS PROCESS TO THE
HEAD MANAGER (DIRECTOR) IN Which The AGREE ment
WAS ThAT I COULD STAY There RENDING THE RETURN
OF ALL PROPERTY now ON DEFAULT AS OF 12-12-05
AT The P.S. ON HWY 13 DUPONT HIGHWAY NEXT TO THE NEW
CASTLE COUNTY POLICE DEPT

10.                    Defendant's conduct is discriminatory with respect to the following:

       A.     ☐     Plaintiff's race
       B.     ☐     Plaintiff's color
       C.     ☐     Plaintiff's sex
       D.     ☐     Plaintiff's religion
       E.     ☐     Plaintiff's national origin

REFUSE To obedience TO THE PROCESS
OF EASEMENT APPERTENANT until
The RETURN OF ALL OF PLTF PROPERTY

11.     Plaintiff prays for the following relief:   (Indicate the exact relief requested)

STAND BY   PLAINTIFF'S ASKS THAT THIS COURT ON AN EMERGENCY TO ISSUE STAY AWAY, Restraining ORDER'S, ARREST WARRANTS TO THE U.S. Atty IN DELAWARE etc. Due to THE FACT THAT PLTF CANNOT go back into his UNIT Due to the Present DAY DISTRICT MANAGER Refusal to LET PLTF INTO his UNIT TO get PROPER PROCEEDS TO SERVE THE U.S. ATTY OF DELAWARE, etc AND REQUEST THE PRESENT EASEMENT APPERTENANT IS Abide by ALL OF Public STORAGE Employee's etc ON Emergency TO DAY AS OF 12-12-05, AND THAT THE RETURN OF his PROPERTY AS ORDERED OCT 2, 2005 NOV 6, 2005 NOV 16, 2005, NOV 30, 2005 Is hereby RETURN TO PLTF AS ORDERED ON DEFAULT with INTEREST, DELAY etc AS ORDERED by The USBC-DDELAWARE

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __12-12-2005__

_____
(Signature of Plaintiff)