IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES OTIS KELLEY
GENERAL DELIVERY
WILMINGTON, DE 19899


RECEIVED DEC 14 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

05  865
CIVIL ACTION NO. _____

PUBLIC STORAGE - NEW CASTLE, DELAWARE
DuPONT PARKWAY - 3801 DuPONT PARKWAY
DISTRICT MANAGER - DIRECTOR ET AL

ENJOINED USBC-D
DEL NO. 02-12152RB
ADVERSARY OFFENSE NO
04-54536
BRAC GROUP INC
f/k/a BUDGET GROUP INC

MOTION FOR EMERGENCY RELIEF
INJUNCTIONS REPLEVIN ETC

COME NOW THE PCTF, JAMES OTIS KELLEY AND ASK'S THAT THIS COURT ABIDE BY IT STATUES RULES, CODES, REGULATIONS AND ASK THAT THE EASEMENT APPERTENANT AT PUBLIC STORAGE 3801 DuPONT PARKWAY, NEW CASTLE, DELAWARE 19720 AS ISSUED OCT 12, 2005 GRANTED NOV 8, 16, 2005 TO DISTRICT MANAGER'S, DIRECTOR'S ETC AT THE UNITED STATE BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, AND THAT ARREST WARRANT'S, STAY AWAY ORDER'S, RESTRAINING ORDER'S, AND CONTINUED USE OF PUBLIC STORAGE BATHROOM AFTER HOUR'S IS HEREBY OPEN FOR PLAINTIFF'S USE ETC. AND THE THE USBC-D DEL AND USDC 2nd CIR AND THIS COURT IS AWARE THAT PLAINTIFF JAMES OTIS KELLEY IS RESIDING AT THIS PUBLIC STORAGE UNIT ETC UNTIL THE US-BC-D DEL ISSUE IT'S ENFORCEMENT ORDER'S OF FILED PLEDGES, DISTRIBUTIONS, AS PRESENTED OCT 4, 2005 at THE USBC-D-DEL.

IN ADDITION PCTF'S ASKED THAT THE U.S. ATTY DEL AND BROOKLYN ON RECORD ADD U.S. ATTY IN

WASHINGTON, DC, U.S ATTY GENERAL IS AWARE OF CRIMINAL PROCESS PENDING THE RETURN OF PLAINTIFF'S PROPERTY AT 3801 DUPONT PARKWAY NEWCASTLE, DELAWARE AND ITS MANAGER'S REFUSAL TO PERMIT PLAINTIFF TO GO TO HIS UNIT ETC IN ORDER TO PERFECT NOTICES + COPIES OF THIS COMPLAINT'S, MOTION FOR EMERGENCY RELIEF INJUNCTION REPLEVIN FOR TODAY 12-12-05 TO ALL CORRESPONDENCIES SO INVOLVED:

12-12-05

/s/

GENERAL DELIVERY
WILMINGTON DE 19720
Temp 3801 DUPONT PARKWAY (P.S.)
NEW CASTLE COUNTY,
DELAWARE 19720

## CERTIFICATE OF SERVICE

I JAMES OTIS KELLEY DO HEREBY CERTIFY THAT UNDER THE PENALTY OF PERJURY THAT THE FOLLOWING IS TRUE THAT ON DECEMBER, 12, 2005, he asks THE USDC-DDEL TO SERVE ALL DEFENDANT'S, US ATTY, US ATT GENERAL'S ETC. AND FILE his ACTION'S TO EFFECTIVELY COMMENCE AS TODAY 12-12-05 AS PRESENTED WITHIN HIS Complaint, APPLICATION TO PROCEED WITHOUT PRE PAYMENT OF FEE'S, AND AFFIDAVIT, AND MOTION FOR EMERGENCY RELIEF'S INJUNCTIONS, REPLEVIN etc,

/s/

GENERAL DELIVERY
WILMINGTON DE 19720
Temp    3801 DUPONT PARKWAY
Pending  PUBLIC STORAGE
Replevin NEW CASTLE COUNTY
         DELAWARE, 19720
P.O. BOX 659
SOUTHAMPTON, NY 11969-