IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES OTIS KELLEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-865-GMS |
| PUBLIC STORAGE, DISTRICT MANAGER, and DIRECTOR, | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 22nd day of Dec., 2005, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge