## Utility Events

1:05-cv-00865-UNA Kelley v. Public Storage et al

**U.S. District Court**

**District of Delaware**



RECEIVED JAN - 3 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Notice of Electronic Filing

The following transaction was received from rjb, entered on 12/21/2005 at 4:06 PM EST and filed on 12/21/2005
**Case Name:**     Kelley v. Public Storage et al
**Case Number:**   1:05-cv-865
**Filer:**
**Document Number:**

**Docket Text:**
Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb, )

The following document(s) are associated with this transaction:

**1:05-cv-865 Notice will be electronically mailed to:**

**1:05-cv-865 Notice will be delivered by other means to:**

James Otis Kelley
3801 DuPont Parkway
Wilmington, DE 19899





Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Mailed From 19801
12/21/2005
US POSTAGE
$00.370

WILMINGTON DE
PM 21 DEC 2005

U.S. M.S.
X-RAY

RTS
RETURN TO SENDER

A ☐ INSUFFICIENT ADDRESS
C ☐ ATTEMPTED NOT KNOWN
  ☑ NO SUCH NUMBER/STREET
S ☐ NOT DELIVERABLE AS ADDRESSED
     - UNABLE TO FORWARD
☐ OTHER