IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES OTIS KELLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-865-GMS |
| ) | |
| PUBLIC STORAGE, DISTRICT ) | |
| MANAGER, and DIRECTOR, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 22nd day of Dec., 2005, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

United States District Judge



RECEIVED JAN -3 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

James Otis Kelley
3801 DuPont Parkway
Wilmington, DE 19899

☐ INSUFFICIENT ADDRESS
☒ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD
☐ OTHER

RTS RETURN TO SENDER

WILMINGTON DE
PM 27 DEC 2005

neopost
12/27/2005
Mailed From 19801
US POSTAGE $00.370
04908 20230330