UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES OTIS KELLEY )
   Plaintiff )
 )   CIVIL ACTION NO. 05-865-GMS
Public Storage, et al )   ENJOINED USBC-D-DEL
   Defendants )   NO. 02-12152RB
 )   ADVERSARY OFFENSE NO.
 )   04-54536
 )   BRAC GROUP INC
 )   F/K/A Budget Group Inc

MOTION FOR ADDITIONAL TIME TO AMEND COMPLAINT

Come Now Plaintiff JAMES OTIS KELLEY AND ASKS that this Court grant additional time to file an Amended complaint due to the following; Change of P.S. ADDRESS
1. ON certain days thereafter JAN 4, 2005 ORDER By this Court, And as received January 21, 2006 By one of Defendant's employee. AND, SH Police Report 2/4/05
2. ON JANUARY 30, 2006, brutal ATTACK ON PLTF James O. Kelley by Public Storage District Manager named Phil, and employee Jerome Garrison, Thereafter, Putting PS Lock on private property their in Unit 803

Plaintiff intend to provide this court with evidence that PS District Agent, employee, State Police John Beene, AND NFMO Bank collaborate to conceal the Aug 3, 2004 distributions of PLTF property by creating a false wife & son Representation to PLTF For this purpose PLTF Request for more time

James Otis Kelley
P.O. Box 659
Southampton, NY 11969

CERTIFICATE OF SERVICE

I James Otis Kelley do hereby certify that he mailed certified on Feb 4, 2006, Copy of the presence foregoing to United States District Court - office of the Clerk - Wilmington DE 844 N. King St. Lockbox 19801-3570.

James Otis Kelley
P.O. Box 659
Southampton, NY 11969
[CN 7005-1820-0007-8606-6679]