IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES OTIS KELLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-865-GMS |
| | ) |
| PUBLIC STORAGE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, on January 4, 2006, the court entered an order giving plaintiff James Otis Kelley ("Kelley") leave to amend his complaint within thirty days from the date of the order or the case would be closed (D.I. 7);

WHEREAS, on February 6, 2006, Kelley filed a motion for additional time to amend the complaint on the bases that he did not receive the order until January 21, 2006, and also that he had been a victim of a brutal attack (D.I. 8);

THEREFORE, at Wilmington this 31 day of March, 2006, IT IS ORDERED that the motion for additional time (D.I. 8) is GRANTED. Kelley is given an additional 30 days to file an amended complaint. If an amended complaint is not filed within the time allowed, the case will be closed. No further extensions will be granted.

/s/ _____
UNITED STATES DISTRICT JUDGE