IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES OTIS KELLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-865-GMS |
| | ) |
| PUBLIC STORAGE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff James Otis Kelley filed a complaint on December 14, 2005 (D.I. 2);

WHEREAS, on January 4, 2006, an order was entered dismissing the complaint and giving the plaintiff leave to amend the complaint within thirty days from the date of the order or the case would be closed (D.I. 7);

WHEREAS, an extension of time was granted on March 31, 2006, giving the plaintiff an additional 30 days from the date of the order to amend the complaint or the case would be closed (D.I. 9);

WHEREAS, the thirty days have passed and an amended complaint has not been filed;

THEREFORE, at Wilmington this 28th day of July, 2006, IT IS ORDERED that the case is closed for failure to file an amended complaint.

UNITED STATES DISTRICT JUDGE